IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TV TOKYO CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>    Defendants. | Case No. 24-cv-9809<br><br>Judge Thomas M. Durkin |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST THE DEFENDANTS IDENTIFIED IN AMENDED SCHEDULE A**

    Plaintiff TV TOKYO CORPORATION hereby moves this Honorable Court for entry of Default and Default Judgment against the following Defendants, as identified by defendant number and name in Amended Schedule A attached hereto as Exhibit A. Plaintiff files herewith a Memorandum of Law in support. Plaintiff's Motion for entry of Default and Default Judgment disposes of all remaining defendants.

Dated: February 12, 2025

                                                                         Respectfully submitted,

                                             By:    s/Michael A. Hierl
                                                            Michael A. Hierl (Bar No. 3128021)
                                                            William B. Kalbac (Bar No. 6301771)
                                                            Robert P. McMurray (Bar No. 6324332)
                                                            John Wilson (Bar No. 6341294)
                                                            Hughes Socol Piers Resnick & Dym, Ltd.
                                                            Three First National Plaza
                                                           70 W. Madison Street, Suite 4000
                                                           Chicago, Illinois 60602
                                                           (312) 580-0100 Telephone
                                                           mhierl@hsplegal.com

                                                           Attorneys for Plaintiff
                                                           TV TOKYO CORPORATION

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Motion was electronically filed with the Clerk of the Court, served by publication and email to the Defendants identified in Amended Schedule A and served on all counsel of record and interested parties via the CM/ECF system on February 12, 2025.

/s/ Michael A. Hierl
Michael A. Hierl