# Exhibit A

**Amended Schedule A**

| No. | Defendant Name / Alias |
|---|---|
| 1 | AiExpress Choice Store |
| 2 | Ali-ZYAS-1 Store |
| 3 | Anime COS Store |
| 4 | BF Choice Store |
| 7 | Da11088 Store |
| 8 | DC Choice Store |
| 9 | Do Do Do Store |
| 10 | Factory clothes Store |
| 11 | Funny Stamping Shop Store |
| 12 | GAM3 BO1 Store |
| 14 | IEBIKE Motor Battery Store |
| 15 | IWOWN 001 Store |
| 16 | Jie H Store |
| 18 | KAWASIMAYA Professional Sale Store |
| 19 | Love Home DIY Life Store |
| 22 | MY Best Choice Store |
| 23 | Never1and Store |
| 24 | Niceme Toy Store |
| 25 | One Nice Store |
| 27 | SD Digital Store |
| 28 | Shop1102821467 Store |
| 30 | Shop1102910070 Store |
| 31 | Shop1102980160 Store |
| 32 | Shop1103174031 Store |
| 33 | Shop1103185580 Store |
| 34 | Shop1103297124 Store |
| 35 | Shop1103349090 Store |
| 37 | Shop1103469610 Store |
| 40 | Shop1103717415 Store |
| 41 | Shop1103805083 Store |
| 42 | Shop1103883315 Store |
| 43 | Shop1103993519 Store |
| 44 | Shop1103998567 Store |
| 46 | Shop1104106128 Store |
| 47 | Shop5585045 Store |
| 49 | Siniu 444 Store |
| 50 | Sulak Store |
| 51 | VChoice Store |
| 52 | Wuwei 333 Store |
| 53 | XSLING Bag Store |
| 54 | Your Best-Choice Store |
| 59 | A Girl's Store |
| 63 | Ali-ZYAK-1 Store |
| 66 | Anime C Store |
| 68 | Anime in Store |

| 70 | Anime Movie Decoration Store |
|---|---|
| 71 | Anime movie toy Store |
| 73 | Anime001 Store |
| 74 | Animember Cos Store |
| 75 | Annica Diamond Art Store |
| 79 | Bandai Dragon Ball Hot Blooded Store |
| 80 | Baqianli Store |
| 82 | Beautiful Choice Store |
| 83 | bettercos Store |
| 84 | BigBad Store |
| 88 | Childlike toys Store |
| 91 | COCO-YU Store |
| 92 | COEXE GYM SHOP Store |
| 93 | Creative Fun Filled Sports Jerseys Store |
| 94 | CSMY GAME MOUSEPAD Store |
| 95 | Custom Floor Carpet Store |
| 98 | Diyhomever Diamond Art Painting Store |
| 99 | Dropshipping & Wholesaler &Reatail&Factory OF Wig |
| 102 | Esencan Figures Store |
| 103 | Exquisited Face Figure Store |
| 104 | Fashion Hat Shop Store |
| 106 | FunFrenzy Art Store |
| 108 | GEE Cosplay Store |
| 110 | Goggle-shop Store |
| 111 | Goyard Store |
| 112 | Happys Store |
| 113 | HARKO Trend Glasses Store |
| 114 | Harley-Quinn Store |
| 115 | Heartthrob Square Store |
| 116 | Hello MPR Store |
| 118 | HoMaomao Store |
| 119 | HoneyCC Store |
| 121 | HZQT02 Store |
| 122 | HZQT03 Store |
| 123 | iBedding Art Store |
| 124 | Jewelry Badge One Store |
| 126 | JINGYI Diamond Painting Store |
| 128 | Kids Gift Store |
| 129 | KKT127 Store |
| 131 | Little Dino Card Store Store |
| 134 | Low Price Mobile Phone Case 102 Store |
| 135 | Lucky26 Store |
| 136 | Man Fashion Clothes Store |
| 141 | MINISO Better Life Store |
| 143 | MMGG Store |
| 145 | Olmee Cosplay Store |
| 146 | Pandagoods Store |
| 147 | Perfect Art Oil Painting Store |

| 148 | PH Figure Model Club Store |
|-----|----------------------------|
| 149 | Pippi Shrimp Toy Store |
| 151 | PopCorn Store |
| 154 | R7 Racing Store Store |
| 160 | Shop1100042217 Store |
| 164 | Shop1102750365 Store |
| 165 | Shop1102860231 Store |
| 167 | Shop1102958488 Store |
| 170 | Shop1103339354 Store |
| 171 | Shop1103424006 Store |
| 173 | Shop1103505121 Store |
| 174 | Shop1103519318 Store |
| 177 | Shop1103593091 Store |
| 178 | Shop1103597255 Store |
| 179 | Shop1103598781 Store |
| 180 | Shop1103660302 Store |
| 181 | Shop1103666293 Store |
| 182 | Shop1103720418 Store |
| 183 | Shop1103727482 Store |
| 185 | Shop1103831018 Store |
| 187 | Shop1103837334 Store |
| 188 | Shop1103839453 Store |
| 189 | Shop1103844680 Store |
| 190 | Shop1103850720 Store |
| 191 | Shop1103853957 Store |
| 192 | Shop1103854193 Store |
| 193 | Shop1103856710 Store |
| 196 | Shop1103887288 Store |
| 197 | Shop1103915246 Store |
| 198 | Shop1103920140 Store |
| 200 | Shop1103943078 Store |
| 202 | Shop1103993036 Store |
| 204 | Shop1104056802 Store |
| 207 | Shop1104068487 Store |
| 208 | Shop1104106130 Store |
| 210 | Shop5789432 Store |
| 214 | Sportswear And Equipment V1 Store |
| 215 | Spot It Card Game Store |
| 219 | Super P Fu Toy Store |
| 220 | Supper Moment Store |
| 221 | SYDanne Anime City Store |
| 223 | T-HUFUCH Store |
| 224 | Timelytrust Official Store |
| 226 | Toy Dreamwork Store |
| 227 | Toys Paradise Store |
| 230 | Wuwei FOUR FOUR Store |
| 231 | X Toys A Store |
| 232 | X Toys C Store |

| | |
|---|---|
| 234 | XuX Toy Store |
| 235 | YaHua Home Store |
| 236 | Yao Juan Wo Ye Lai Store |
| 239 | Yiniu 002 Store |
| 240 | YINIU001 Store |
| 241 | YOMIRACING Store |
| 242 | Z4 Racing Plus Store |
| 243 | ZRM Official Store |